## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | Case No.:  14-10054-EFM |
| | ) | |
| MICHAEL RICHARD SEIBER, | ) | |
| | ) | |
| *Defendant.* | ) | |

### MEMORANDUM AND ORDER

Defendant, Michael Richard Seiber, has moved for early termination of his sentence of probation (Doc. 28).

Defendant was sentenced to a three year term of probation.   He has barely served one year of that term.  By all reports his performance has been exemplary, but the Court is not willing to terminate a sentence of three years' probation after only one year.

IT IS THEREFORE ORDERED, that the Defendant's Motion for Early Termination of Probation (Doc. 28) is DENIED.

IT IS SO ORDERED.

Dated this 20th day of October, 2015.

*Eric F. Melgren*

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE